Kevin R. Anderson, Bar 4786
CHAPTER 13 TRUSTEE
Jocelyn J. Rick, Bar 9508
405 SOUTH MAIN, SUITE 600
Salt Lake City, Utah 84111
Telephone: (801)596-2884
Facsimile: (801)596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 AUG 20 AM 9:54

DISTRICT OF UTAH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# NORTHERN DIVISION

| IN RE:    DUANE NELSON | Case No. 02M-37002 |
|---|---|
|  | Chapter 13 |
|  | Judge R. KIMBALL MOSIER |

## DECLARATION OF TRUSTEE
## REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON, the duly appointed acting, Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| BANK FIRST/B-LINE LLC<br>2101 FOURTH AVE, SUITE 600<br>SEALLTLE, WA 98121 | $    13.53 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $ 13.53 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated this ___ day of __August__, 2010

_____
KEVIN R. ANDERSON
Chapter 13 Trustee



## CERTIFICATE OF MAILING

    I the undersigned, an employee of the Standing Chapter 13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___14___ day of ___August___, 2010 to the following parties at the addresses listed below:

DUANE NELSON
2665 S HWY 89
PERRY UT 84302

WINWARD & TOSCANO, L.L.C.
2550 WASHINGTON BOULEVARD
SUITE 201 OGDEN UT 84401

_____
Employee of Office of
Chapter 13 Trustee

Page 2
Case No. 02M-37002
Deposit of Unclaimed Funds
Prepared by: KC   (fg #156)